# MEMORANDUM DECISIONS.

AMERICAN LOAN & TRUST CO. et al. v. LOUISVILLE, E. & ST. L. R. CO. (Circuit Court of Appeals, Seventh Circuit. October 2, 1900.) No. 738. Appeal from the Circuit Court of the United States for the District of Indiana. Alex. P. Humphrey, for appellants. Docketed and dismissed, on motion of counsel for appellants.

ARNOLD v. SHINE, U. S. Marshal. (Circuit Court of Appeals, Ninth Circuit. October 16, 1900.) No. 650. Appeal from the District Court of the United States for the Northern District of California. Henry E. Highton and Bert Schlessinger, for appellant. T. E. K. Cormac and Alex. Baum, for appellee. Judgment affirmed.

CAMDEN & S. RY. CO. v. STETSON. (Circuit Court of Appeals, Third Circuit.) Questions of law certified to the supreme court. 20 Sup. Ct. 617, 177 U. S. 172, 44 L. Ed. 721. See 104 Fed. 651.

CAMPBELL et al. v. STRATTON et al. SAME v. HOUTAIN. (Circuit Court of Appeals, Second Circuit. November 14, 1900.) Nos. 53, 54. Appeal from the Circuit Court of the United States for the Eastern District of New York. C. W. Miles and E. M. Harman, for appellants. Clifton v. Edwards, for appellees. Decree of circuit court affirmed, with costs, on opinion of Judge Thomas. See 101 Fed. 123.

CHASE v. UNITED STATES. (Circuit Court of Appeals, First Circuit. October 11, 1900.) No. 347. In Error to the Circuit Court of the United States for the District of Massachusetts. Jesse M. Gove, for plaintiff in error. Boyd B. Jones, U. S. Atty., and John H. Casey, Asst. U. S. Atty. Writ of error dismissed, on agreement of counsel, without costs.

CINCINNATI, H. & D. R. CO. v. THIEBAUD. (Circuit Court of Appeals, Sixth Circuit.) Transferred to the supreme court of the United States by writ of error. See 20 Sup. Ct. 822, 177 U. S. 615, 44 L. Ed. 911.

CINCINNATI, H. & D. R. CO. v. THIEBAUD. (Circuit Court of Appeals, Sixth Circuit.) Questions of law certified to the supreme court of the United States. 20 Sup. Ct. 822, 177 U. S. 615, 44 L. Ed. 911.

CRAWFORD v. HUBBELL. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court of the United States. 20 Sup. Ct. 701, 177 U. S. 419, 44 L. Ed. 829. See 89 Fed. 961.